UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-61538-CIV-SINGHAL/STRAUSS

LORNA LAING-HOPE and
TENNYSON HOPE,

    Plaintiffs,

vs.

QBE SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court upon Defendant's Motion to Dismiss Plaintiffs' Complaint (DE [6]), which was referred to the magistrate judge for Report and Recommendation. The magistrate judge issued a Report and Recommendation (DE [23]) on November 18, 2024, recommending that the Motion to Dismiss be granted and the Complaint be dismissed without prejudice for failing to state a claim for which relief can be granted. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that the magistrate judge's Report and Recommendation (DE [23]) is **AFFIRMED** and **ADOPTED.** Defendant's Motion to Dismiss Plaintiffs' Complaint (DE [6]) is **GRANTED**. Plaintiffs' Complaint (DE [1-3]) is **DISMISSED WITHOUT PREJUDICE** with leave to amend. Plaintiffs shall file an amended complaint no later than **January 21, 2025.** <u>Failure to timely file an amended</u>

<u>complaint will result in dismissal of this action</u>.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of December 2024.

                                                                                              _____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF